Dionisio Feliciano, demandante y apelante, *v.* Comisión de Indemnizaciones a Obreros, hoy su Junta Liquidadora, demandada y apelada.

No. 5606.—*Sometido:* Mayo 3, 1932. *Resuelto:* Junio 15, 1932.

*E. Campillo,* abogado del apelante; *Hon. Attorney General Charles E. Winter,* y *Emilio de Aldrey,* Subprocurador, abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

La corte de distrito desestimó una apelación interpuesta contra la decisión dictada por la Comisión de Indemnizaciones a Obreros en la teoría de que las conclusiones de la comisión debían ser seguidas, a menos que fuesen manifiestamente erróneas. La corte de distrito también resolvió que el apelante había dejado de establecer mediante preponderancia de prueba el hecho de la incapacidad permanente.

La comisión tuvo ante sí poca o ninguna de la prueba aducida por el apelante en la corte de distrito. El conflicto entre esa prueba y la prueba presentada por la comisión era más aparente que real. La prueba del apelante estableció una condición mental anormal, el resultado de una fractura del cráneo que produjo, en adición a otros síntomas, una sensación de desvanecimiento y de visión defectuosa, equivalentes a una probable incapacidad permanente. La prueba presentada por la comisión demostró que la fractura había sanado, no dejando huella visible alguna y que el estado físico de los ojos era normal. La incapacidad, aunque resultado de un desorden mental más bien que de cualquier defecto físico, era no obstante real.

La corte de distrito no estaba obligada por las conclusiones de la comisión basadas en un solo aspecto del caso, según se desarrolló posteriormente en la corte de distrito, y creemos que al apelante debió concedérsele compensación de conformidad con los hechos establecidos mediante una clara preponderancia de la prueba.

*Debe revocarse la sentencia apelada y devolverse el caso para ulteriores procedimientos no incompatibles con esta opinión.*

El Juez Asociado Señor Aldrey no intervino.